53,367-03



**JASON C. CASHON**
**- District Judge -**
Board Certified – Criminal Law
Texas Board of Legal Specialization

**266th JUDICIAL DISTRICT**
Donald R. Jones Justice Center
112 W. College
P.O. Box 1427
Stephenville, Texas 76401
Phone (254) 965-1485
Fax   (254) 965-4287
districtcourt@co.erath.tx.us

**CANDY PERRY**
Court Coordinator

**THOMAS JOHNSON**
Official Court Reporter

**VIRGIL THOMPSON**
Bailiff

April 27, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 30 2015
Abel Acosta, Clerk

Hon. Abel Acosta
Clerk, Texas Court of Criminal Appeals
P. O. Box 12308
Austin, Texas 78711

Re:   ALEXANDER, WALTON JOHN AKA ALEXANDER, JOHN WALTON
CCA No. WR-53,367-03
Trial Court Case No. CR10295C

Dear Mr. Acosta:

On January 14, 2015, the Court ordered this trial court to resolve specific issues in the above-referenced proceeding relating to the defendant's application for a writ of habeas corpus. The Court ordered resolution of the issues within 90 days, and supplementation of the record within 120 days.

The undersigned has been assigned as a senior judge to preside over the underlying district court proceedings. I today learned of the status of the Court's order which was entered more than 90 days ago. Having reviewed the Court's Order and instructions contained therein, I am of the opinion that the issues required may be addressed and the supplemental record submitted within 60 days of each respective deadline.

Accordingly, the trial court respectfully requests an extension of time to resolve fact issues (as set out in the Court's Order) until June 13, 2015. Further, the trial court respectfully requests an extension of time for the trial court clerk to submit supplemental record materials until July 13, 2015.

Should the Court or Court Clerk have additional instructions, please do not hesitate to contact me.

Respectfully submitted,

Donald R. Jones
Senior District Judge
Sitting by Assignment
266th Judicial District
Erath County, Texas

FILED FOR RECORD
AT_____O'CLOCK____M
APR 27 2015
CLERK DISTRICT COURT ERATH COUNTY, TEX
Wanda Pringle

THE STATE OF TEXAS

8th ADMINISTRATIVE JUDICIAL REGION

ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE


Pursuant to Section 74.056, Texas Government Code, I assign the Honorable Donald Jones, Senior District Judge of the 266TH Court to the

266th District Court, Erath County, Texas.


The judge is assigned for a period of 1 days, beginning April 27th, 2015. If the judge begins a trial on the merits during the period of this assignment, the assignment continues in such case until plenary jurisdiction has expired or the undersigned Presiding Judge has terminated this assignment in writing, whichever occurs first.

It is ordered that the Clerk of the Court to which this assignment made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned judge.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a public area of the Clerk's office or courthouse so that attorneys and parties may be advised of this assignment.


SIGNED April 9th, 2015

_____
Presiding Judge,

8th Administrative Judicial Region of Texas


ATTEST: 

_____
Administrative Assistant